```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------x
                              :
MAYRA YULFO                   :    Civ. No. 3:15CV00952(SALM)
                              :
v.                            :
                              :
CAROLYN W. COLVIN,            :
COMMISSIONER OF SOCIAL        :    MAY 20, 2016
SECURITY                      :
                              :
------------------------------x
```

**RULING ON DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) WITH REVERSAL AND REMAND OF THE CAUSE TO THE DEFENDANT**

Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand of the Cause to the Defendant **[Doc. #28]** is **GRANTED**. Pursuant to the power of this Court to enter judgment affirming, modifying or reversing the Commissioner's decision with or without remand in Social Security actions under sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and in light of the Government's unopposed request to remand this action for further administrative proceedings, it is ordered that this matter be remanded to the Commissioner.

Upon remand, the Appeals Council will remand this case to an administrative law judge ("ALJ") who is instructed to grant the claimant an opportunity for a new hearing, and to take any

1

further action required to complete the administrative record. The ALJ is further instructed to evaluate the claimant's ability to communicate in English and to obtain evidence from a vocational expert. The ALJ will then issue a new decision that, <u>inter alia</u>, specifically addresses the claimant's ability to communicate in English. Plaintiff consents to this remand.

Therefore, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. <u>See</u> <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

This is not a Recommended Ruling. The parties consented to the entry of a final order and judgment by a Magistrate Judge on May 20, 2016. <u>See</u> Doc. #31.

SO ORDERED at New Haven, Connecticut this 20th day of May, 2016.

                                                  /s/
                          HON. SARAH A. L. MERRIAM
                          UNITED STATES MAGISTRATE JUDGE